*Thomas Cradock Hughes, Acting District Attorney (William I. Siegel* and *Henry J. Walsh* of counsel), for appellant.

*Albert Washor* for respondent.

Order affirmed. See *People* v. *Bellows* (281 N. Y. 67, 73). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

JUSTINO ALBERT, Respondent, v. PUBLIC SERVICE MUTUAL CASUALTY INSURANCE CORPORATION, Appellant.

Argued March 7, 1944; decided April 13, 1944.

*Jacob Shientag* and *E. Edan Spencer* for appellant.
*Harry.Zeitlan* and *Milton H. Greenwald* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWIN A. LIVINGSTON, Appellant.

Submitted March 1, 1944; decided April 13, 1944.